# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10059-JKF

JOSEPH A. CANUSO

2751 PENNSYLVANIA AVE  #B 109

PHILADELPHIA, PA 19130-1720

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH A. CANUSO

    2751 PENNSYLVANIA AVE  #B 109

    PHILADELPHIA, PA 19130-1720

Counsel for debtor(s), by electronic notice only.

    JAMES J. O'CONNELL ESQUIRE
    123 SOUTH BROAD STREET
    SUITE 2140
    PHILA, PA 19109

Date: 5/30/2017

                                        /S/ William C. Miller
                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee