United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10059-jkf
Joseph A. Canuso                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1             Date Rcvd: Jul 27, 2017
                              Form ID: pdf900           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db            +Joseph A. Canuso,    2751 Pennsylvania Avenue,    # B 109,    Philadelphia, PA 19130-1743
13904070      +GREENSHIRE ON THE PARK CONDOMINIUM ASSOCIATION,    C/O GLENN M. ROSS PC,
                566 SOUTH BETHLEHEM PIKE,    FORT WASHINGTON, PA 19034-2108
13850986      +GREENSHIREPARK CONDO ASSOC,    C/O GLENN M. ROSS, PC,    566 SOUTH BETHLEHAM PIKE,
                FORT WASHINGTON, PA 19034-2108
13847080      +HS FINANANCIAL GROUP LLC,    PO BOX 451193,    Westlake, OH 44145-0630
13847083       PECO,    PO BOX 37629,    Philadelphia, PA 19101-0629
13847086       RUSHMORE LOAN MANAGEMENT SERVICES LLC,    PO BOX 514707,    Los Angeles, CA 90051-4707
13918127      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13847087      +SANTANDER,    PO BOX 961245,    Fort Worth, TX 76161-0244
13856817      +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13847079      +E-mail/Text: EBNProcessing@afni.com Jul 28 2017 01:49:48      AFNI, INC.,    PO BOX 3667,
                 Bloomington, IL 61702-3667
13847081       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2017 01:49:51      JEFFERSON CAPITAL SYSTEMS,LLC,
                 PO BOX 7999,    Saint Cloud, MN 56302-9617
13847082       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:45:16      LVNV FUNDING, LLC,
                 PO BOX 10587,    Greenville, SC 29603-0587
13847084       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:32
                 PENNSYLVANIA DEPARTMENT OF REVENUE,    PO BOX 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13847085      ##+PINNACLE FINANCIAL GROUP,    7825 WASHINGTON AVENUE S,    SUITE 310,    Minneapolis, MN 55439-2424
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
```
              JAMES J. O'CONNELL    on behalf of Debtor Joseph A. Canuso jamesjoconnell@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH A. CANUSO                    Chapter 13

Debtor                    Bankruptcy No. 17-10059-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: July 27, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES J. O'CONNELL ESQUIRE
123 SOUTH BROAD STREET
SUITE 2140
PHILA, PA 19109


Debtor:
JOSEPH A. CANUSO

2751 PENNSYLVANIA AVE  #B 109

PHILADELPHIA, PA 19130-1720